IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Ex Parte Application of<br>Bayerische Motoren Werke AG | No. MC-22-00016-PHX-SPL<br><br>**ORDER** |

On April 12, 2022, this Court granted Petitioner's *Ex Parte* Application for Order Pursuant to 28 U.S.C. § 1782(A) to Obtain Discovery for Use in Foreign Proceedings (Doc. 5). On April 26, 2022, Petitioner filed a Notice of Issuance of Subpoenas (Doc. 6). No further action has been taken. Accordingly,

**IT IS ORDERED** that Petitioner shall file a Status Report by **May 25, 2022** outlining what remains at issue in this case and whether the case can be closed.

Dated this 19th day of May, 2022.

Honorable Steven P. Logan
United States District Judge